UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SARLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09-cv-05805 |
| | ) | |
| WINDHAM PROFESSIONALS, INC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, THOMAS SARLES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                                                  Respectfully Submitted,

DATED: December 7, 2009                KROHN & MOSS, LTD.

                                                    By:___/s/Adam T. Hill_____
                                                          Adam T. Hill
                                                          KROHN & MOSS, LTD.
                                                          Attorney for Plaintiff
                                                          120 W. Madison St., 10th Fl.
                                                          Chicago, Illinois 60602
                                                          (312) 578-9428