### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SARLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-cv-05805 |
| WINDHAM PROFESSIONALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

### NOTICE OF VOLUNTARY DISMISSAL

THOMAS SARLES (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, WINDHAM PROFESSIONALS, INC. (Defendant), in this case.

DATED: January 13, 2010        KROHN & MOSS, LTD.

                    By:____/s/ Adam Hill_____ _____
                        [ ]Adam Hill
                        Attorneys for Plaintiff
                        Krohn & Moss, Ltd.
                        10474 Santa Monica Blvd, Suite 401
                        Los Angeles, CA 90025